| | |
|---|---|
| **BURCH & CRACCHIOLO, P.A.**<br>702 East Osborn Road<br>Phoenix, Arizona 85014<br>Telephone (602) 274-7611<br>Facsimile (602) 234-0341<br>hmeyers@bcattorneys.com | |

Howard C. Meyers, SBA #005007

ATTORNEYS FOR Loren Jessen, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>COLLEGE PROPERTIES II, an Arizona Limited Partnership,<br><br>Debtor. | Chapter 11<br><br>Case No. 2-05-bk-15155-RJH<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Bankruptcy Rules 9010(b) and 2002(g), Howard C. Meyers of the law firm of Burch & Cracchiolo, P.A. hereby enters his appearance on behalf of Loren Jessen, as Trustee of the Henry Jessen Trust dated March 9, 1993, and the Evelyn L. Jessen Trust dated December 12, 1993, and requests that all notices, pleadings and other filings in this case be mailed to the following address:

> Howard C. Meyers, Of Counsel
> BURCH & CRACCHIOLO, P.A.
> 702 East Osborn Road, Suite 200
> Phoenix, Arizona 85014
> Telephone:  (602) 234-8762
> Facsimile:  (602) 234-0341
> e-mail: hmeyers@bcattorneys.com
>
> Attorneys for Loren Jessen, as Trustee of the Henry Jessen Trust dated March 9, 1993, and the Evelyn L. Jessen Trust dated December 12, 1993

| | |
|---|---|
| 1 | **DATED** this 18th day of August, 2005. |
| 2 | BURCH & CRACCHIOLO, P.A. |

                                        By: /s/ Howard C. Meyers    #005007
                                            Howard C. Meyers, Of Counsel
                                            702 East Osborn Road, Suite 200
                                            Phoenix, Arizona 85014
                                            Attorneys for Loren Jessen, as Trustee of
                                            the Henry Jessen Trust dated March 9,
                                            1993, and the Evelyn L. Jessen Trust
                                            dated December 12, 1993

**ORIGINAL** filed electronically with the United States Bankruptcy Court for the District of Arizona this 18th day of August, 2005.

**COPY** of the foregoing mailed this 18th day of August, 2005, to:

John T. Ryan
Attorney at Law
3440 N. 16th Street, Suite 5
Phoenix, AZ 85016
Counsel for Debtor

OFFICE OF THE U.S. TRUSTEE
230 N. First Ave., #204
Phoenix, AZ 85003-1706
Trustee


 /s/ Howard C. Meyers

F:\JESSEN FAMILY ENTITIES\!COLLEGE PROPERTIES BKs\!College Properties II, AZ Ltd Ptnrshp\Pleadings\NotcAppearance 081805.wpd

- 2 -