ILENE J. LASHINSKY (AZ Bar #003073)
United States Trustee
District of Arizona

TRUDY A. NOWAK (AZ Bar #021567)
Trial Attorney
230 North First Avenue, Suite 204
Phoenix, Arizona 85003
Direct Phone (602) 682-2615
Fax: (602) 514-7270
E-mail: Trudy.A.Nowak@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>COLLEGE PROPERTIES II, an<br>Arizona Limited Partnership,<br><br>Debtor. | Chapter 11<br><br>Case No. 2-05-15155-RJH<br><br>NOTICE OF APPEARANCE OF TRUDY A. NOWAK AS U.S. TRUSTEE TRIAL ATTORNEY |

    Notice is hereby given that the undersigned attorney is assigned as the designated trial attorney for the United States Trustee in this case. Notices and all pleadings should be directed to Trudy A. Nowak, Trial Attorney, at 230 N. First Avenue, Suite 204, Phoenix, Arizona 85003, and Trudy.A.Nowak@usdoj.gov for electronic notices. It is requested that said attorney be added to the case docket.

    RESPECTFULLY SUBMITTED this 23rd day of August, 2005.

                                    ILENE J. LASHINSKY
                                    United States Trustee
                                    District of Arizona

                                    /s/ TAN ( #021567)
                                    TRUDY A. NOWAK
                                    Trial Attorney

| | |
|---|---|
| 1 | Copy of the foregoing mailed the<br>23rd day of August, 2005 to: |
| 2 | |
| 3 | John T. Ryan, Esq.<br>3440 N. 16th Street, Suite 5<br>Phoenix, Arizona 85016 |
| 4 | Attorney for Debtor |
| 5 | |
| 6 | /s/ Coleen Craig |