Joseph T. Stewart (SB #022047)
**LAW OFFICE OF JOSEPH T. STEWART, P.L.L.C.**
1100 East Washington Street, Suite 200
Phoenix, Arizona 85034
Tel: (602) 253-3366
Fax: (602) 252-1939
joseph.stewart@azbar.org

*Attorney for*: Objectors DePetris and Palmer

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 Proceedings |
| COLLEGE PROPERTIES, LTD., | Case No. 2-05-bk-010095-PHX-CGC |
| Debtor. | (Jointly Administered) |
| In re | Case No. 2-05-bk-015155-PHX-CGC |
| COLLEGE PROPERTIES, II, | |
| Debtor. | **NOTICE OF APPEARANCE** |

Notice is hereby given that the Law Office of Joseph T. Stewart, P.L.L.C., through undersigned counsel, appears on behalf of Anthony DePetris and Patricia Palmer for all further proceedings.

DATED this 1st day of February, 2007.

**LAW OFFICE OF JOSEPH T. STEWART, P.L.L.C.**

By: /s/ Joseph T. Stewart
Joseph T. Stewart
Attorney for Objector DePetris and Palmer

COPY OF THE FOREGOING
delivered via U.S. Mail this 1st day of February, 2007 to:

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

Richard J. Cuellar
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

John T. Ryan
3440 North 16th Street, Sutie 5
Phoenix, Arizona 85016
Attorney for Debtor

Daniel K Kolberdanz
**BERENS, KOZUB, LORD & KLOBERDANZ, P.L.C.**
7047 E. Greenway Pkwy., Ste. 140
Scottsdale, AZ 85254
Attorneys for Richard A. Brandt and Direct Connection, Inc. Pension Fund

Geoffrey M. Khotim
**RIDENOUR, HIENTON, KELHOFFER, LEWIS & GARTH, P.L.L.C.**
201 North Central Avenue, Suite 3300
Phoenix, Arizona 85004-1052
Attorneys for Montage Defendants
College Properties, Limited
100 W. Camelback, Suite 106
Phoenix, Arizona 85013

Brian J. Mullen
P.O. Box 32247
Phoenix, Arizona 85064
Chapter 11 Trustee

2

John F. Battaile III
Clifford B. Altfeld
**LEONARD FELKER ALTFELD**
**GREENBERG & BATTAILE, P.C.**
250 N. Mater
P.O. Box 191
Tucson, AZ 85072-0191
Special Counsel for Chapter 11 Trustee

Howard C. Meyers
**BURCH & CRACCHIOLO, P.A.**
702 E. Osborn Rd., Ste. 200
Phoenix, AZ 85014
Attorneys for Loren Jessen, as Trustee of
The Henry Jessen Trust, dated March 9, 1993 and the
Evelyn L. Jessen Trust, dated December 12, 1993

Thomas McCarville
**McCARVILLE LAW FIRM**
501 N. Florence St., Ste. 101
Casa Grande, AZ 85222
Attorneys for Landis Mitchell

Charles Stegall
**STEGALL, KATZ & WHITAKER, P.C.**
531 E. Thomas Rd., Ste. 102
Phoenix, AZ 85012
Attorneys for Thomas & Bella D'Ambrosio

/s/ Joseph T. Stewart

3